W. CHRISTIAN KRANKEMANN (SBN 220438)
KRANKEMANN PETERSEN LLP
420 E. Street, Suite 100
Santa Rosa, CA 95404
Telephone: (707) 524-2200
Facsimile: (866) 858-0100
Email: wck@krankemann.com

Attorneys for Plaintiff
JAMIE KOOP


SONIA MARTIN (State Bar No. 191148)
MENGMENG ZHANG (State Bar No. 280411)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA  94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Emails: sonia.martin@dentons.com
        mengmeng.zhang@dentons.com

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAMIE KOOP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, and DOES 1-20, inclusive,<br><br>Defendants. | No. 3:16-cv-01963-LB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR MOTION TO REMAND<br><br>Date: June 23, 2016<br>Time: 9:30 a.m.<br>Judge: Hon. Laurel Beeler<br>Courtroom: C (15th Floor) |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, the hearing on plaintiff's motion to remand currently is scheduled for June 23, 2016 at 9:30 a.m.;

1  WHEREAS, AMCO's counsel will be out of town on vacation with her family on June 23, 2016 and unable to appear for the motion hearing on that date;

WHEREAS, a seven-day continuance of the motion hearing will not affect any other dates set by the Court and will result in no prejudice to either party;

IT IS HEREBY STIPULATED AND AGREED that the Motion to Remand hearing currently set for June 23, 2016 at 9:30 a.m. should be continued to June 30, 2016 at 9:30 a.m.

IT IS SO STIPULATED.

Dated: June 2nd, 2016

Respectfully submitted,

KRANKEMANN PETERSEN LLP

By _____
W. CHRISTIAN KRANKEMANN

Attorneys for Plaintiff
JAMIE KOOP

Dated: June 3, 2016

DENTONS US LLP

By _____
SONIA MARTIN

Attorneys for Defendant
AMCO INSURANCE COMPANY

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

The Motion to Remand hearing currently set for June 23, 2016 at 9:30 a.m. is continued to June 30, 2016 at ~~9:30 a.m.~~ 10:30 a.m.

IT IS SO ORDERED.

DATED: June 6, 2016

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

-3-

NO. 3:16-cv-01963-LB

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE FOR MOTION TO REMAND

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000